UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                 :

PATRICK REYNOLDS and DANIEL LEWIS,  :
                         Plaintiffs,   :
                                 :         22 Civ. 6846 (LGS)
         -against-             :
                                 :
MARYMOUNT MANHATTAN COLLEGE,   :         ORDER
                      Defendant.  :
------------------------------------------------------- X
                                 :

LUCIA MARANO,                     :
                        Plaintiff,   :
                                 :         22 Civ. 7027 (LGS)
         -against-             :
                                 :
MARYMOUNT MANHATTAN COLLEGE,   :
                      Defendant.  :
------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the above-captioned cases arise out of the same alleged data security incident at Defendant Marymount Manhattan College and present substantially similar causes of action against a common Defendant.

      WHEREAS, all parties have conferred and agree that consolidation is appropriate under Federal Rule of Civil Procedure 42, which allows for the consolidation of actions involving common questions of law or fact.  On October 6, 2022, the parties in the above-captioned cases filed a stipulation and proposed order regarding the consolidation of actions.  It is hereby

      **ORDERED** that the cases will be consolidated for all purposes under the case name *Reynolds, et al., v. Marymount Manhattan College*, No. 22 Civ. 6846, and all further filings shall be made under that number.  It is further

      **ORDERED** that Plaintiffs shall file a consolidated complaint by **October 21, 2022.** Defendant shall file an answer or otherwise respond by **November 11, 2022.**  The parties are

directed to the Court's Individual Rules regarding the requirements for pre-motion letters for any planned motions.  It is further

ORDERED that, pursuant to Local Civil Rule 1.6, the parties shall notify the Court of any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts for potential consolidation into this case or a determination of relatedness. It is further

ORDERED that the initial conferences in both cases scheduled for October 12, 2022, are CANCELLED.  The initial conference in the consolidated case will be held on **November 16, 2022, at 4:10 p.m.**  The conference will be telephonic and will occur on the following conference line: 888-363-4749; access code 558-3333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.  The parties shall file a joint letter and proposed case management plan by **November 9, 2022**.

Dated: October 6, 2022
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE