UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
PATRICK REYNOLDS and DANIEL LEWIS,
                                  Plaintiffs,

                    -against-

MARYMOUNT MANHATTAN COLLEGE,
                                  Defendant.
------------------------------------------------------------- X

LUCIA MARANO,
                                  Plaintiff,

                    -against-

MARYMOUNT MANHATTAN COLLEGE,
                                  Defendant.
------------------------------------------------------------- X

22 Civ. 6846 (LGS)

ORDER

22 Civ. 7027 (LGS)

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an Order issued on October 6, 2022, consolidated the above-captioned cases under the case name Reynolds, et al., v. Marymount Manhattan College, No. 22 Civ. 6846, and reset filing deadlines and conference dates. It is hereby

        ORDERED that Marano v. Marymount Manhattan College, No. 22 Civ. 7027, shall be administratively closed.

        The Clerk of Court is respectfully directed to close Marano v. Marymount Manhattan College, No. 22 Civ. 7027.

Dated: October 7, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE