UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PATRICK REYNOLDS, et al.,
                          Plaintiffs,

              -against-                         22 Civ. 6846 (LGS)

                                                         ORDER
MARYMOUNT MANHATTAN COLLEGE,
                          Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for November 16, 2022.

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

      **ORDERED** that the November 16, 2022, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

      **ORDERED** that if Defendant seeks to file a motion to dismiss and/or Plaintiff seeks to file a motion for class certification, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

      **ORDERED**, regarding settlement discussions, if the parties would like to participate in a settlement conference with Magistrate Judge Willis or mediation in the Court's mediation program, they shall file a joint letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: November 14, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE