BRIAN E. MIDDLEBROOK
BMIDDLEBROOK@GRSM.COM
DIRECT DIAL:  (212) 453-0778

JOHN T. MILLS
JTMILLS@GRSM.COM
DIRECT DIAL:  (212) 453-0708

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**GORDON&REES**
**SCULLY MANSUKHANI**
YOUR 50 STATE PARTNER™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

November 15, 2022

Application **GRANTED.**  The initial conference is **REINSTATED** and **ADJOURNED.**  The conference will be held on **November 30, 2022, at 4:10 p.m.**  The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333.  The parties shall file a joint letter, not to exceed five pages, regarding the matters they wish to discuss at the conference by November 23, 2022.  So Ordered.

Dated: November 15, 2022
       New York, New York

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Reynolds et al. v. Marymount Manhattan College*
     Case No.: 22-cv-6846

Dear Judge Schofield:

As Your Honor is aware, this firm represents the interests of Defendant Marymount Manhattan College ("Defendant") in the above-referenced action.  We write jointly with Plaintiff and pursuant to Your Honor's Order dated November 14, 2022 to respectfully request that the initial conference, previously scheduled for November 16, 2022 at 4:10PM, proceed as previously scheduled.  The parties have conferred and believe that a conference with the Court would be useful.

We appreciate the Court's attention to this matter.  Should Your Honor have any questions or require additional information, please do not hesitate to contact the undersigned.

                Respectfully Submitted,

                GORDON REES SCULLY MANSUKHANI, LLP
                *Attorneys for Defendant Marymount Manhattan College*

                */s/ John Mills*
                John T. Mills

CC:   Counsel for all parties via ECF