UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK REYNOLDS, et al.,
                                Plaintiffs,                22 Civ. 6846 (LGS)

              -against-                              ORDER

MARYMOUNT MANHATTAN COLLEGE,
                                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on November 30, 2022.  For the reasons discussed at the conference, it is hereby

      **ORDERED** that the parties shall file a letter on ECF by **January 13, 2023**, regarding the outcome of settlement discussions and if such discussions are unsuccessful, proposing next steps regarding Defendant's contemplated motion to dismiss and discovery.

Dated: December 1, 2022
           New York, New York

                                                                       LORNA G. SCHOFIELD
                                                                     UNITED STATES DISTRICT JUDGE