BRIAN E. MIDDLEBROOK
BMIDDLEBROOK@GRSM.COM
DIRECT DIAL: (212) 453-0778

JOHN T. MILLS
JTMILLS@GRSM.COM
DIRECT DIAL: (212) 453-0708

**GORDON&REES**
**SCULLY MANSUKHANI**
YOUR 50 STATE PARTNER™
ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

Application **GRANTED.** The parties shall file any motion for preliminary approval no later than **February 17, 2023**. So Ordered.

Dated: January 17, 2023
New York, New York

*[Signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

January 13, 2023

VIA ECF
The Honorable Lorna G. Schofield
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Reynolds et al. v. Marymount Manhattan College*
Case No.: 22-cv-6846

Dear Judge Schofield:

As Your Honor is aware, this firm represents the interests of Defendant Marymount Manhattan College ("Defendant") in the above-referenced action. We write jointly with Plaintiffs' counsel and are pleased to inform Your Honor that this matter has resolved in principle at mediation, subject to preparation and execution of formal settlement documents and filing of the motion for preliminary approval. The parties are working diligently to prepare same and would respectfully request that Your Honor afford the parties until February 17, 2023 to file the motion for preliminary approval.

We appreciate the Court's attention to this matter and courtesies in this regard. Should Your Honor have any questions or require additional information, please do not hesitate to contact the undersigned.

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP
*Attorneys for Defendant*

*/s/ John Mills*
John T. Mills

CC: Counsel for all parties via ECF