February 17, 2023

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Notice to Withdraw as Counsel: *Reynolds v. Marymount Manhattan College,* Case No. 1:22-cv-06846

Dear Judge Schofield,

I, Blake Hunter Yagman, previously represented Plaintiffs ("Plaintiffs") in the above-captioned matter while working at the law firm of Milberg Coleman Bryson Phillips Grossman PLLC ("Milberg"). However, because I no longer work for Milberg, I hereby move this Court, pursuant to Local Civil Rule 1.4, to withdraw as counsel for Plaintiffs.

Plaintiffs will continue to be represented capably by Milberg; specifically by Victoria Maniatis of the Milberg firm.

I will not be retaining a lien in the above-captioned matter in the event of settlement or judgment and will not be seeking fees or reimbursement of costs. No prejudice to any party or delay in the above-captioned matter will result from my withdrawal from this action.

                                            Respectfully submitted,

                                            */s/ Blake Hunter Yagman*