UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK REYNOLDS, et al.,
                         Plaintiffs,

          -against-

MARYMOUNT MANHATTAN COLLEGE,
                        Defendant.
------------------------------------------------------------X

22 Civ. 6846 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on March 10, 2023, Plaintiff moved for preliminary approval of a class action settlement. It is hereby

    **ORDERED** that a conference will be held on **April 25, 2023, at 2:30 P.M.** regarding preliminary approval of the class settlement. The conference will be in person and will take place at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York NY 10007, in Courtroom 1106.

Dated: March 13, 2023
       New York, New York

                                             LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE