

Justin C. Walker
Attorney

April 25, 2023

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Reynolds et al. v. Marymount Manhattan College*

             **Case No. 1:22-cv-6846**

Dear Judge Schofield:

      Under Paragraph III(C)(5) of Your Honor's Individual Rules & Procedures for Civil Cases, Plaintiffs submit the following outline of the potential allocation of the Settlement Fund:

**Marymount Manhattan College Settlement Allocation**

| | |
|---|---:|
| **Settlement Amount** | $1,300,000.00 |
| **Settlement Administration Costs** | $169,521.00 |
| **Class Representative Service Awards** | $21,000.00 |
| **Attorneys' Fees** | $390,000.00 |
| **Potential Litigation Expenses** | $10,000.00 |
| **Remainder for Allocation to Class Members** | $709,479.00 |
| **Number of Class Members** | 191,752 |
| **10% of Class Members** | 19,175 |
| **Value per Class Member at 10% Participation Rate** | $37.00 |

      Additionally, the following Settlement Timeline was included in the Proposed Order Granting Preliminary Approval of Class Action Settlement (Doc. 46-1 at 73):

      **Notice Completion Deadline**: 30 Days after Preliminary Approval
      **Motion for Final Approval**: 30 Days before Final Approval Hearing
      **Motion for Service Awards, Attorneys' Fees and Costs**: 14-Days prior to the Objection
Deadline and Opt-Out Deadline
      **Opt-Out Deadline**: 60 Days after Notice Completion
      **Objection Deadline**: 60 Days after Notice Completion

**Replies in Support of Final Approval, Service Awards and Fee Requests**: 14 Days before Final Approval Hearing
**Claim Deadline**: 90 Days after Notice Completion
**Final Approval Hearing**: at least 110 Days after Preliminary Approval

I look forward to appearing before Your Honor this afternoon.

Respectfully Submitted,

*/s/ Justin C. Walker*
Justin C. Walker, Esq. (*pro hac vice*)
Markovits, Stock & DeMarco, LLC

*Attorney for Plaintiffs*

CC:   Counsel for all parties via ECF

Markovits Stock DeMarco LLC
119 E. Court Street, Suite 530
Cincinnati, Ohio 45202

Business 513.651.3700
Direct 513.665.0205

JWalker@MSDLegal.com
MSDLegal.com