UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK REYNOLDS, et al.,
                       Plaintiffs,

                  22 Civ. 6846 (LGS)

-against-

ORDER

MARYMOUNT MANHATTAN COLLEGE,
                       Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 10, 2023, Plaintiff moved for preliminary approval of a class action settlement. On April 25, 2023, a conference was held regarding Plaintiff's motion. For the reasons discussed at the conference, it is hereby

**ORDERED** that by **May 9, 2023**, Plaintiff shall file revised materials incorporating the changes discussed at the conference and that comport with the parties' settlement agreement. Such materials include the claim form, the proposed order preliminarily approving the settlement, and the long-form and short-form notices. For each document, Plaintiff shall file a clean copy and a redline showing changes from the version previously filed on ECF. Plaintiff shall also email a courtesy copy in Word format of the proposed order to Schofield_NYSDChambers@nysd.uscourts.gov. Plaintiff shall file a proposed order for final approval with its motion for final approval, and email a courtesy copy in Word format to the Chambers email address.

Dated: April 25, 2023
       New York, New York

                                       LORNA G. SCHOFIELD
                                       **UNITED STATES DISTRICT JUDGE**