UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PATRICK REYNOLDS, et al.,
                         Plaintiffs,

                -against-

MARYMOUNT MANHATTAN COLLEGE,
                         Defendant.
-------------------------------------------------------------X

22 Civ. 6846 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on March 10, 2023, Plaintiffs moved for preliminary approval of a class action settlement. On April 25, 2023, a conference was held regarding Plaintiffs' motion. An Order issued April 25, 2023, directed Plaintiffs to file revised materials incorporating the changes discussed at the conference. That Order stated "For each document, Plaintiff shall file a clean copy and a redline showing changes from the version previously filed on ECF."

    WHEREAS, on May 9, 2023, Plaintiffs filed revised materials but did not file redlines indicating the changes made subsequent to the conference. It is hereby

    **ORDERED** that by **May 12, 2023**, Plaintiffs shall refile the revised copies of the exhibits to the Settlement Agreement and redlines that indicate the changes made after the conference. Plaintiffs shall modify any dates contained in the revised materials to reflect a preliminary approval date of May 15, 2023.

Dated: May 11, 2023
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE