BRIAN E. MIDDLEBROOK
BMIDDLEBROOK@GRSM.COM
DIRECT DIAL:  (212) 453-0778

JOHN T. MILLS
JTMILLS@GRSM.COM
DIRECT DIAL:  (212) 453-0708



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

May 12, 2023

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Reynolds et al. v. Marymount Manhattan College*
             **Case No.: 22-cv-6846**

Dear Judge Schofield:

      As Your Honor is aware, this firm represents the interests of Defendant Marymount Manhattan College ("Defendant") in the above-referenced action. We write jointly with Plaintiffs' counsel to submit revised copies of the exhibits to the Settlement Agreement per Your Honor's Order dated May 11, 2023. *See* ECF No. 53. In accordance with Your Honor's directive, both clean and redlined versions of the exhibits are being submitted. A copy of the proposed preliminary approval order in Word format is also being submitted to Your Honor via electronic mail.

      Due to a technical issue in converting and uploading the documents, the revised versions previously submitted on May 9, 2023 did not include redlines to the exhibits which indicate the changes made after the hearing on the motion for preliminary approval. The undersigned and Plaintiffs' counsel apologize for any inconvenience and appreciate Your Honor's consideration and courtesies.

      Should Your Honor have any questions or require additional information, please do not hesitate to contact the undersigned.

                          Respectfully Submitted,

                          GORDON REES SCULLY MANSUKHANI, LLP
                          *Attorneys for Defendant*

                          */s/ John Mills*
                          John T. Mills

CC:    Counsel for all parties via ECF