UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK REYNOLDS, DANIEL LEWIS, LUCIA MARANO, KRISTEN FRANCE, ABBEY ABRECHT, and JAHIDAH DIAAB, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARYMOUNT MANHATTAN COLLEGE,<br><br>Defendant. | Case No. 1:22-cv-06846<br><br>Judge Lorna G. Schofield |

## PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS TO CLASS REPRESENTATIVES

Plaintiffs Patrick Reynolds, Daniel Lewis, Lucia Marano, Kristen France, Abbey Abrecht, and Jahidah Diaab, on behalf of themselves and the proposed Class, hereby move the Court for award of attorneys' fees, reimbursement of expenses, and service awards to class representatives.

This motion is based on the accompanying memorandum of points and authorities, the declaration of counsel, the pleadings and documents on file, and such oral argument and documentary evidence as may be properly presented at the time of the hearing.

Dated: August 1, 2023

By: /s/ Gary M. Klinger
Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Raina C. Borrelli
raina@turkestrauss.com
TURKE & STRAUSS LLP

613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509 4423

Terence Coates
Justin C Walker
MARKOVITS, STOCK & DEMARCO, LLC
119 E. Court Street, Suite 500
Cincinnati, OH 45002
Telephone: (513) 651-3700
tcoates@msdlegal.com
jwalker@msdlegal.com

John A. Yanchunis
Morgan & Morgan, P.A.
201 N. Franklin Street 7th Floor
Tampa, FL 33602
(813)-275-5272
Fax: (813) 222-4736
Email:Jyanchunis@forthepeople.com