IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PATRICK REYNOLDS, DANIEL LEWIS, LUCIA MARANO, KRISTEN FRANCE, ABBEY ABRECHT and JAHIDAH DIAAB,** individually and on behalf of all others similarly situated**,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARYMOUNT MANHATTAN COLLEGE,**<br><br>Defendant. | Case No. 1:22-cv-06846<br><br><br>JUDGE LORNA G. SCHOFIELD |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANT MARYMOUNT MANHATTAN COLLEGE

Plaintiffs Patrick Reynolds, Daniel Lewis, Lucia Marano, Kristen France, Abbey Abrecht, and Jahidah Diaab, on behalf of themselves and the proposed Class, hereby move the Court for final approval of the class action settlement with Defendant Marymount Manhattan College. This motion is based on the accompanying memorandum of points and authorities, the declarations of counsel and the settlement administrator, the pleadings and documents on file, and such oral argument and documentary evidence as may be properly presented at the time of the hearing.

Dated: August 7, 2023

By: /s/ John A. Yanchunis
Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

Raina C. Borrelli

raina@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509 4423

Terence Coates
Justin C Walker
MARKOVITS, STOCK & DEMARCO, LLC
119 E. Court Street, Suite 500
Cincinnati, OH 45002
Telephone: (513) 651-3700
tcoates@msdlegal.com
jwalker@msdlegal.com

John A. Yanchunis
Morgan & Morgan, P.A.
201 N. Franklin Street 7th Floor
Tampa, FL 33602
(813)-275-5272
Fax: (813) 222-4736
Email:Jyanchunis@forthepeople.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2023, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ John A. Yanchunis