# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK REYNOLDS, DANIEL LEWIS, LUCIA MARANO, KRISTEN FRANCE, ABBEY ABRECHT, and JAHIDAH DIAAB, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>MARYMOUNT MANHATTAN COLLEGE,<br><br>     Defendant. | Case No. 1:22-CV-06846-LGS<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF SCOTT M. FENWICK OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT** |

I, Scott M. Fenwick, declare as follows:

## INTRODUCTION

1. I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision.

2. This declaration supplements the *Declaration of Scott M. Fenwick of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement*, filed on August 7, 2023 (the "Initial Declaration"), in order to provide updated information to the Court regarding the number of Claim Forms, Requests for Exclusion and objections received by Kroll. The Initial Declaration is incorporated herein by reference in its entirety.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in that certain Settlement Agreement and Release entered into in connection with the above-captioned Action.

**CLAIM ACTIVITY**

3. The Claims Deadline was August 15, 2023. As of August 23, 2023, Kroll has received 254 timely Claim Forms and three (3) untimely Claim Forms through the mail and 3,634 Claim Forms filed electronically through the Settlement Website. Kroll is still in the process of reviewing and validating Claim Forms.

4. Of the 3,888 timely Claim Forms received, 3,649 Claim Forms were submitted by Settlement Class Members whose records were included in the Settlement Class List. The remaining 239 Claims were therefore deemed invalid. The following is a summary of the 3,649 timely Claim Forms and the types of Claims asserted therein:[2]

- *Alternative Cash Payment (Settlement Agreement § V:60)*: Currently 3,009 Claim Forms asserted Claims for Alternative Cash Payment. The aggregate value of these Claims is estimated to be $451,350.

- *Ordinary Out-of-Pocket Losses (Settlement Agreement § III:52)*: As of August 23, 2023, forty-Eight (48) Claim Forms asserted Claims for Ordinary Out-of-Pocket Losses. Of the forty-eight (48) Ordinary Out-of-Pocket Losses Claims submitted, twelve (12) are currently determined to be Approved Claims, the aggregate value of which is estimated to be $4,011.07.

- *Extraordinary Out-of-Pocket Losses (Settlement Agreement § III:54)*: As of August 23, 2023, twenty-Five (25) Claim Forms asserted Claims for Extraordinary Out-of-Pocket Losses. Of the twenty-five (25) Extraordinary Out-of-Pocket Losses Claims submitted, currently no claims are determined to be Approved Claims.

- *Attested Time (Settlement Agreement § III:56)*: As of August 23, 2023, 282 Claim Forms asserted Claims for Attested Time, all of which have currently been

---

[2] Certain Claim Forms asserted multiple types of Claim benefits.

      determined to be Approved Claims. The aggregate value of these Claims is estimated to be $22,301.91 ($20 per Hour).[3]

- *Credit Monitoring Services (Settlement Agreement § IV:59)*: As of August 23, 2023, a total of 388 Claim Forms were filed by Settlement Class Members asserting Claims for 12 months of Credit Monitoring Services.

5.    In summary, as of August 23, 2023, the aggregate value of valid Claims received is estimated to be $477,662.98. As noted above, Kroll is still in the process of validating Claims. Accordingly, the number of Approved Claims, the type of claim, and the aggregate value of such Claims is subject to change.

## EXCLUSIONS AND OBJECTIONS

6.    The Opt-Out Deadline and Objection Deadline was August 15, 2023.

7.    Kroll has received thirty-seven (37) timely Requests for Exclusion, three (3) timely objections, and one (1) untimely objection to the Settlement. A list of the Requests for Exclusion received is attached hereto as **Exhibit A.** A list of the objections received is attached hereto as **Exhibit B**.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this Declaration was executed on August 23, 2023, in Inver Grove Heights, Minnesota.

*[signature]*
SCOTT M. FENWICK

---

[3] All amounts set forth in this summary have been calculated in accordance with the terms of the Settlement Agreement.

# Exhibit A

# Exclusion List

| Count | Record Identification Number |
|---|---|
| 1 | 690871PJQJMXB |
| 2 | 690875C5RR3YS |
| 3 | 690875P1H3SJ7 |
| 4 | 690873106884N |
| 5 | 69087119YPHJY |
| 6 | 690874K6PZMTC |
| 7 | 690876XQ9VNCK |
| 8 | 69087554HX7W2 |
| 9 | 690873214NHR1 |
| 10 | 690872X2H3X03 |
| 11 | 6908793NT0TX6 |
| 12 | 6908757VPKGZ3 |
| 13 | 690873388NB41 |
| 14 | 6908755G9PDHD |
| 15 | 69087641NBWZ2 |
| 16 | 690871B3ZBJ3N |
| 17 | 6908772VNT0ZB |
| 18 | 690871JPGR1VG |
| 19 | 6908770NVYDDV |
| 20 | 690875D8PTY21 |
| 21 | 6908718903MRW |
| 22 | 69087529ZMYRV |
| 23 | 690871MX75PVG |
| 24 | 69087544ZTP44 |
| 25 | 69087252NW3NF |
| 26 | 69087254XZ65R |
| 27 | 690875233PRG4 |
| 28 | 690872S9W1BGW |
| 29 | 690872R1GN22Y |
| 30 | 690873CBQW8JK |
| 31 | 690871MCFPTZJ |
| 32 | 6908722Q84HDY |
| 33 | 690873X6JBB67 |
| 34 | 690876RBDWJXP |
| 35 | 6908793SZHYBQ |
| 36 | 6908771KB4Z2B |
| 37 | 6908728VV7P8X |

# Exhibit B

# Objections

| Count | Record Identification Number |
|:-:|:-:|
| 1 | 69087378Z9PYG |
| 2 | 69087381FW35X |
| 3 | 6908722J165PX |

| Late | |
|:-:|:-:|
| 1 | 69087541P61F8 |