UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PATRICK REYNOLDS, et al.,
                Plaintiffs,

-against-

MARYMOUNT MANHATTAN COLLEGE,
                Defendant.
------------------------------------------------------------X

22 Civ. 6846 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued May 18, 2023, set a final approval hearing for certification under Rule 23 of a class for settlement purposes for September 6, 2023, at 3:40 P.M.  It is hereby

**ORDERED** that, due a conflict on the Court's calendar, the conference is **RESCHEDULED** to **September 13, 2023**, at **3:40 P.M.**  The conference will be in person and will take place at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 1106.  It is further

**ORDERED** that Plaintiff shall serve a copy of this Order on any objectors to the settlement and file proof of service on ECF by **September 1, 2023**.

Dated: August 30, 2023
       New York, New York

                                        LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE