JOHN T. MILLS
JTMILLS@GRSM.COM
DIRECT DIAL: (212) 453-0778



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

September 18, 2023

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street Square
New York, NY 10007

      Re:    *Reynolds et al. v. Marymount Manhattan College*
                  Case No.: 1:22-cv-06846-LGS

Dear Judge Schofield:

      As Your Honor is aware, this firm represents the interests of Defendant Marymount Manhattan College in the above-referenced matter. Pursuant to Section I(B)(3) of the Court's Individual Rules and Procedures for Civil Cases, we write with the consent of Plaintiffs to respectfully request an adjournment of the final approval hearing, presently scheduled for September 27, 2023 at 3:30pm by telephone conference.

      This adjournment is sought as the undersigned counsel, as well as my co-counsel, have a conflict that afternoon due to a professional conference. The parties have conferred and can be available by telephone conference or in person on the morning of September 27, 2023, the afternoon of September 28, 2023, or anytime on September 29, 2023. This is the first request for an adjournment of the final approval hearing and, as indicated above, is made with Plaintiffs' consent.

      We appreciate the Court's attention to this matter. Should Your Honor have any questions or require additional information, please do not hesitate to contact the undersigned.

Application **GRANTED**. The final approval hearing scheduled for September 27, 2023, is **ADJOURNED** to **October 4, 2023 at 3:30 P.M.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333. The start time is approximate, but the parties shall be prepared to proceed at the scheduled time. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 67.

Dated: September 19, 2023
      New York, New York

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ John Mills*

John T. Mills

CC:    All Counsel of Record (*via* ECF)

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE