UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK REYNOLDS, et al.,
                        Plaintiffs,

            -against-

MARYMOUNT MANHATTAN COLLEGE,
                        Defendant.
------------------------------------------------------------X

22 Civ. 6846 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a final approval hearing was held on October 4, 2023.  It is hereby

**ORDERED** that, by **October 10, 2023**, Plaintiff shall file a letter attaching a separate proposed order for each pending motion, consistent with the Court's oral rulings at the October 4, 2023, hearing.  Plaintiff also shall email courtesy copies in Word format of the proposed orders to Schofield_NYSDChambers@nysd.uscourts.gov by the same date.

Dated: October 5, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                         **UNITED STATES DISTRICT JUDGE**