

Justin C. Walker
Attorney

October 10, 2023

**Via ECF**

The Honorable Lorna G. Schofield
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   ***Reynolds et al. v. Marymount Manhattan College***
             **Case No.: 22-cv-6846**

Dear Judge Schofield:

Consistent with the Court's October 5, 2023 Order (ECF No. 71), Plaintiffs respectfully submit separate proposed orders for Plaintiffs' Motion for Final Approval of Class Action Settlement [ECF No. 58] (attached as **Exhibit 1**) and Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards to Class Representatives [ECF No. 56] (attached as **Exhibit 2**). A copy of the proposed orders in Word format is also being submitted to Your Honor via electronic mail.

Respectfully Submitted,

MARKOVITS, STOCK & DEMARCO, LLC
*Attorneys for Plaintiff and the Class*

*/s/ Justin C. Walker*
Justin C. Walker

CC:    Counsel for all parties via ECF

Markovits Stock & De Marco, LLC
119 East Court Street, Suite 530
Cincinnati, Ohio 45202

Business 513.651.3700

JWalker@MSDLegal.com
MSDLegal.com