UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK REYNOLDS, et al.,
                       Plaintiffs,

-against-

MARYMOUNT MANHATTAN COLLEGE,
                       Defendant.
------------------------------------------------------------X

22 Civ. 6846 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order granting final approval of class action settlement issued on October 20, 2023, and an Order on motion for attorneys' fees, costs and service awards to class representatives issued on October 23, 2024.  It is hereby

**ORDERED** that Plaintiffs' counsel shall file a letter upon the disbursement of settlement funds providing an accounting of the disbursement, including the amount distributed to claimants and the amount distributed to the *cy pres* recipient.

The Clerk of Court is respectfully directed to close this case.

Dated: October 24, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE