**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PATRICK REYNOLDS, DANIEL LEWIS,
LUCIA MARANO, KRISTEN FRANCE, ABBEY
ABRECHT and JAHIDAH DIAAB, individually
and on behalf of all others similarly situated,

                              Plaintiffs,

     -against-                                         22 **CIVIL** 6846 (LGS)

                                                          **JUDGMENT**

MARYMOUNT MANHATTAN COLLEGE,

                              Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 20, 2023, there is no just reason for delay of entry of final judgment in this Action. Accordingly, the final judgment is entered in the Action.

**Dated:**  New York, New York

       November 06, 2023

                                                               **RUBY J. KRAJICK**
                                                                  **Clerk of Court**

                                         **BY:**
                                                                     **Deputy Clerk**