

David K. Lietz
5335 Wisconsin Avenue NW, Suit 440
Washington, DC 20015
Direct phone: 202.744.1795
dlietz@milberg.com

January 22, 2024

**Via ECF**

The Honorable Lorna G. Schofield
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   ***Reynolds et al. v. Marymount Manhattan College***
      **Case No.: 22-cv-6846**

Dear Judge Schofield:

This firm represents Plaintiff and the putative Class in the above-captioned matter.

Pursuant to the Court's Order of October 24, 2023, Plaintiffs respectfully submit the following information regarding disbursement of funds to the Settlement Class and the cy pres recipient:

Amount disbursed to claimants: $490,365.13
Cost of credit monitoring  $12,276
Cy Pres: $198,477.36

Respectfully submitted,

*David K Lietz*

David K. Lietz