JOHN T. MILLS
PARTNER
JTMILLS@GRSM.COM
DIRECT DIAL: (212) 453-0778



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

September 13, 2024

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   **Re:** *Reynolds et al. v. Marymount Manhattan College*
      **Case No.: 1:22-cv-06846-LGS**
      **GRSM File No.: 1284113**

Dear Judge Schofield:

  As Your Honor is aware, this firm represents the interests of Defendant Marymount Manhattan College in the above-referenced matter. We write together with Plaintiffs' counsel to respectfully request approval of the Court for the final administration costs incurred in connection with the administration of the class action settlement.

  On May 18, 2023, Your Honor entered an order preliminarily approving the settlement of this matter and providing that the "notice and administration costs paid shall not exceed $169,521.00 without further approval of the Court." ECF No. 55 at ¶ 17. In connection with Plaintiffs' motion for final approval, Scott M. Fenwick of Kroll Settlement Administration LLC provided a declaration describing the notice and administration efforts undertaken by Kroll. ECF No. 58-2. Mr. Fenwick detailed that, as of August 4, 202, Kroll had incurred $111,212.05 in notice and administrative expenses, and anticipated an additional $76,000 in expenses to complete the administration of the settlement. *Id*. at ¶ 18. On October 20, 2023, Your Honor entered the final approval order of the settlement. ECF No. 73.

  Kroll has nearly completed the administration efforts in connection with the settlement of this matter, and has incurred a total of $201,141.71 to date, and anticipates incurring an additional $6,162.43 to complete the efforts and close out the qualified settlement fund, bringing the total amount of notice and administration costs incurred to $207,304.14. Consistent with the preliminary approval order, the Parties respectfully request approval of the Court for the final administration costs incurred by Kroll, up to a total of $207,304.14.

September 13, 2024
Page 2

Of note, the administration costs incurred by Kroll, while above the amount set forth in the preliminary approval order and Mr. Fenwick's declaration in support of the motion for final approval, does *not* impact the amount of benefits paid to the class members, as $490,230.13 has been disbursed to class members and $12,276.00 has been incurred in connection with providing credit monitoring to the class members who claimed it. The additional administration costs will be paid from the residual settlement fund, and the amount distributed to the agreed-upon and Court-approved *cy pres* recipient, Hour Children, will be $206,530.11.

Thus, the Parties respectfully request approval of the Court for the final administration costs incurred by Kroll, up to a total of $207,304.14.

We thank the Court for its time and attention to this matter. Should Your Honor have any questions or require additional information, please do not hesitate to contact the undersigned.

        Respectfully Submitted,

        GORDON REES SCULLY MANSUKHANI, LLP

        */s/ John T. Mills*

        John T. Mills

JTM:

CC:    All counsel of record via ECF