UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                       :

PATRICK REYNOLDS et al.,            :

                    Plaintiffs,    :

                              :        22 Civ. 6846 (LGS)

          -against-          :

                              :

MARYMOUNT MANHATTAN COLLEGE,  :      **ORDER**

                  Defendant.  :

                              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Court received the email exchange appended as Exhibit A.

      The Clerk of Court is respectfully directed to docket and file this Order and attachment.

Dated: April 27, 2026
       New York, New York

                                     **LORNA G. SCHOFIELD**
                           **UNITED STATES DISTRICT JUDGE**

# EXHIBIT A

## Schofield NYSD Chambers

**From:**     David Lietz <DLietz@milberg.com>
**Sent:**     Wednesday, April 22, 2026 5:20 PM
**To:**       Schofield NYSD Chambers
**Subject:**  FW: Inquiry Regarding Settlement Payment – Marymount College Data Breach Litigation--Marymount Class Action Status     Case Number: 1:22-cv-06846-LGS

<mark>CAUTION - EXTERNAL:</mark>

My previous email to the Court bounced as undeliverable, so I am attempting to resend.

**David K. Lietz**
Senior Partner



5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015-2052
Telephone: 866.252.0878
Facsimile: 202.686.2877
Direct:  202.744.1795
dlietz@milberg.com



**From:** David Lietz
**Sent:** Wednesday, April 22, 2026 5:16 PM
**To:** 'Schofield_NYSDChambers@nysd.uscourts' <Schofield_NYSDChambers@nysd.uscourts>
**Cc:** Glenn Phillips <gphillips@milberg.com>; Douglas Sanders <dsanders@milberg.com>; Gary Klinger <GKlinger@milberg.com>; 'janiceslintz@gmail.com' <janiceslintz@gmail.com>; 'JaniceSLintz@gmail.com' <JaniceSLintz@gmail.com>
**Subject:** RE: Inquiry Regarding Settlement Payment – Marymount College Data Breach Litigation--Marymount Class Action Status Case Number: 1:22-cv-06846-LGS

Good afternoon, Judge Schofield,

As you may recall, I am one of the court-appointed Class Counsel in the above-captioned matter, and I argued the motion for final approval remotely before your Honor.  I write in response to Ms. Lintz's email of earlier today.

Upon receipt of this email, I immediately contacted Kroll Settlement Administration, the court-appointed Settlement Administrator in this matter, and posed Ms. Lintz's questions to Kroll.  Kroll just responded, and this is what Kroll reports:

1. The Kroll Team reviewed the claim submission for Ms. Lintz (formally Schacter) and determined that her claim was approved for the $150 alternative payment.  Ms. Lintz selected electronic payment via ACH as her desired payment method.
2. For privacy and security purposes, Kroll does not have visibility into Ms. Lintz's banking institution or specific account information connected to the ACH transfer.
3. Kroll can, however, confirm that the electronic payment of $150 was sent on 12/28/2023, and Kroll's records indicate that the transfer was successful.

Thus, to answer Mr. Lintz's questions directly:

    A.  Her claim was received and processed.
    B.  Her claim for the $150 alternative cash payment was deemed valid and timely.
    C.  Payment was issued to her on 12/28/2023.

I also note that the Settlement Administration of this case was closed in or around the end of October 2024, after Kroll made the Court-approved cy pres award.  That is the likely explanation for Ms. Lintz not receiving any response from Kroll to her inquiry.  I also note that prior to contacting the Court, we do not have any record of Ms. Lintz attempting to contact me, any other attorneys at Milberg, or any of the other Class Counsel.

I do not believe that this situation evidences any lack of transparency or lack of responsiveness on the part of Class Counsel or Kroll.  However, if Ms. Lintz would like to communicate further with either me or with Kroll, I stand available and ready to provide information and timely responses to her, and to facilitate direct communication with Kroll (if that is necessary).

I also stand ready to answer any questions that the Court may have about this matter.


Respectfully submitted,
David Lietz
Class Counsel


**David K. Lietz**
**Senior Partner**



**5335 Wisconsin Avenue NW**
**Suite 440**
**Washington, D.C. 20015-2052**
**Telephone: 866.252.0878**
**Facsimile: 202.686.2877**
**Direct:  202.744.1795**
**dlietz@milberg.com**



---

**From:** Janice S Lintz <janiceslintz@gmail.com>
**Sent:** Wednesday, April 22, 2026 12:42 PM
**To:** Schofield_NYSDChambers@nysd.uscourts <Schofield_NYSDChambers@nysd.uscourts>

Cc: Janice S. Lintz <JaniceSLintz@gmail.com>; Douglas Sanders <dsanders@milberg.com>; Glenn Phillips <gphillips@milberg.com>
Subject: Re: Inquiry Regarding Settlement Payment – Marymount College Data Breach Litigation--Marymount Class Action Status Case Number: 1:22-cv-06846-LGS

Dear Honorable Lorna Gail Schofield-

I write as a member of the settlement class in *Marymount College Data Breach Litigation*.

I submitted a timely claim in this matter; however, I have not received any payment. I have attempted to contact the Settlement Administrator but have not received a substantive response.



I respectfully request that the Court direct the Settlement Administrator to:

- confirm whether my claim was received and processed;
- provide documentation regarding the status of my claim, including any determination of timeliness; and
- issue payment if my claim was timely submitted and approved.

More broadly, I wish to note concern regarding the administration of class action settlements. There appears to be a lack of transparency and responsiveness to class members seeking basic information about their claims. This undermines confidence in the settlement process and the relief intended for impacted individuals.

I appreciate the Court's attention to this matter and respectfully request assistance in ensuring that the settlement is administered in accordance with the Court's approval.

Thank you for your consideration.

Respectfully submitted,

Janice Lintz

917-975-5642

On Apr 14, 2026, at 9:33 AM, Janice S Lintz <janiceslintz@gmail.com> wrote:

3

Dear Honorable Lorna Gail Schofield-

I write as a member of the settlement class in *Marymount College Data Breach Litigation*.

I submitted a timely claim in this matter; however, I have not received any payment. I have attempted to contact the Settlement Administrator but have not received a substantive response.

<Screenshot 2026-04-14 at 9.32.58 AM.png><Screenshot 2026-04-14 at 9.33.17 AM.png>

I respectfully request that the Court direct the Settlement Administrator to:

- confirm whether my claim was received and processed;
- provide documentation regarding the status of my claim, including any determination of timeliness; and
- issue payment if my claim was timely submitted and approved.

More broadly, I wish to note concern regarding the administration of class action settlements. There appears to be a lack of transparency and responsiveness to class members seeking basic information about their claims. This undermines confidence in the settlement process and the relief intended for impacted individuals.

I appreciate the Court's attention to this matter and respectfully request assistance in ensuring that the settlement is administered in accordance with the Court's approval.

Thank you for your consideration.

Respectfully submitted,

Janice Lintz

917-975-5642

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

4